JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. ALLISON, M.D., | CV 21-2994 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| AETNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's June 6, 2022 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 6, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE